No. 73. H. B. ZACHRY Co. v. TERRY, *ante*, p. 819;

No. 83. LICHTENSTEIN ET AL. v. FEDERAL TRADE COMMISSION, *ante*, p. 819;

No. 91. 58TH STREET PLAZA THEATRE, INC. ET AL. v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 820;

No. 96. JEFFERSON v. CHRONICLE PUBLISHING Co., *ante*, p. 803; and

No. 254. WHITE v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 835. Petitions for rehearing denied.

No. 207. DIVISION 26 OF THE AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA ET AL. v. CITY OF DETROIT ET AL., *ante*, p. 805. Motions for leave to file briefs of American Federation of Labor and Congress of Industrial Organizations, as *amici curiae,* denied. Petitions for rehearing also denied.

No. 503, Misc., October Term, 1951. HEWLETT v. CALIFORNIA, 343 U. S. 981. Motion for extension of time to file brief in support of a second petition for rehearing and motion for leave to file a second petition for rehearing denied.

No. 10, Misc. CEPERO v. PAN AMERICAN AIRWAYS, INC., *ante*, p. 840;

No. 54, Misc. SLUSSER v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL., *ante*, p. 857;

No. 62, Misc. TIMMONS v. UNITED STATES, *ante*, p. 844;

No. 69, Misc. GOLEMON v. TEXAS, *ante*, p. 847;

No. 71, Misc. PACKWOOD v. BRIGGS & STRATTON CORP. ET AL., *ante*, p. 844; and

No. 108, Misc. SEVERA v. BOROUGH OF THROOP ET AL., *ante*, p. 847. Petitions for rehearing denied.